JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AFFINITY INSURANCE SERVICES INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS AON AFFINITY INSURANCE SERVICES, INC.; VIRGINIA SURETY COMPANY, INC., and DOES 1-10 Inclusive,<br><br>Defendants. | Case No. 2:20-cv-07020-RGK-RAO<br><br>[~~XXXXXXXXX~~] **[PROPOSED] ORDER DISMISSING INDIVIDUAL CLAIMS AGAINST VIRGINIA SURETY WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** [43]<br><br>Honorable R. Gary Klausner |

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of the Parties, Defendant Virginia Surety Company is dismissed from this matter with prejudice as to the named Plaintiff, Lance Johnson, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

As no defendant remains, the clerk shall close this action.

Dated: 11/5/2020

Hon. R. Gary Klausner
United States District Judge